IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

DR. TAYAB WASEEM,
       *Plaintiff,*

v.                             CIVIL NO. 2:23-cv-00220

MOHAMMAD EMAD MOSTAQUE,     JURY TRIAL DEMANDED

STABILITY AI, INC.,
    a Delaware Corporation

and

STABILITY AI LTD.,
    a UK corporation,

    *Defendants.*

## RULE 41 VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Dr. Tayab Waseem ("Dr. Waseem"), by counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), voluntarily dismisses this action without prejudice.

Dated: May 18, 2023                             DR. TAYAB WASEEM

                                                 By:   */s/George H. Bowles*
                                                         Of Counsel

George H. Bowles – VSB 38574
WILLIAMS MULLEN
999 Waterside Drive, Suite 1700
Norfolk, Virginia 23510
Telephone: (757) 622-3366
Facsimile: (757) 629-0660
gbowles@williamsmullen.com

*Counsel for Dr. Tayab Waseem*